IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

LAUREEN M. FIORI )
)
        Plaintiff, )
)
vs. )
)
STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
)
        Defendant. )
_____) Case No. 3AN-13 9997 CI

## COMPLAINT

COMES NOW the Plaintiff Laureen M. Fiori, by and through her attorneys, Schlehofer Law Offices, P.C., and states as follows:

### I. Jurisdiction.

1. Laureen M. Fiori ("Plaintiff"), at all times relevant, is a resident and citizen of the State of Alaska residing in the Third Judicial District.

2. The defendant State Farm Mutual Automobile Insurance Company (hereafter "State Farm") was and continues to be a corporation legally doing business within the State of Alaska.

3. Ms. Fiori was in her vehicle when she was struck by Ruby A. Bulaoat (hereafter the "at fault driver") on September 9, 2012, in Anchorage, Alaska. The at fault driver attempted to make a U-Turn while Eastbound on Dimond Boulevard in the left head turn

*Schlehofer Law Offices, P.C.*
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434  Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

lane to head Westbound on Dimond Boulevard, at the intersection of Dimond Boulevard and Angela Place. While making the U-Turn, she negligently lost control of her vehicle, crossed back over the medium on Dimond Boulevard and struck the vehicle Ms. Fiori was in. The impact caused Ms. Fiori's truck to be pushed back several feet, and resulted in the at fault driver's airbag dispersing. Both vehicles had to be towed from the scene. The collision caused serious injuries to Ms. Fiori, including neck and shoulder injuries, and a surgical correction of her spinal stimulator.

4. The claim against theat fault driver was resolved for policy limits with GEICO Insurance. The case against the at fault driver was resolved with the consent of State Farm, per its letter dated April 25, 2013 from Jackie Jones.

5. Ms. Fiori purchased an insurance policy with State with uninsured/underinsured motorist coverage of $100,000 per person. State Farm is the real party in interest regarding the UM/UIM insurance coverage purchased by Ms. Fiori. All claims against the at fault driver have been resolved and the at fault driver cannot have a claim brought against her again

for this collision, nor can State Farm pursue any subrogation claims against the at fault driver since it consented to the case being resolved.

6. Ms. Fiori is seeking a judgment against State Farm for the full policy limits she purchased under her UM/UIM coverage with limits of $100,000 per person.

## II. Claims

7. Plaintiff incorporates the referenced statements above.

8. On September 9, 2012, Ms. Fiori was on Dimond Boulevard in Anchorage Alaska when the at fault driver, travelling in front of Ms. Fiori, attempted to take a U-Turn in front of Ms. Fiori and was unable to control her vehicle which went up and over the median striking Ms. Fiori, resulting in a significant collision.

9. The at fault driver had a duty to drive her vehicle in a reasonable and prudent manner, at a safe speed given all the conditions, to pay attention, to avoid colliding with other vehicles, to stay within her lane of traffic, and to control her vehicle.

10. The at fault driver breached her duty of care through her actions and inactions, her failure to act as a reasonable and prudent driver given the

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434  Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

circumstances, failure pay attention, failure to avoid a collision, failure to control her car, and failing to stay within her lane of traffic. In addition, the at fault driver was negligent per se for her violation of 13 Alaska Administrative Code 02.050 and Anchorage Municipal Code 09.16.010 (driving right side roadway); 13 Alaska Administrative Code 02.060 and Anchorage Municipal Code 09.16.060 (limitations drive left of center); 13 Alaska Administrative Code 02.070 and Anchorage Municipal Code 09.16.020 (passing vehicles opposite directions); Anchorage Municipal Code 09.16.090 (failure stay within lane of traffic) and Anchorage Municipal Code 09.16.110 (failure drive right side of divided street).

11. Mr. Fiori is making a claim for underinsured motorist coverage under the policy she purchased with State Farm arising out of the collision on September 9, 2012, and she has fulfilled the requirements for bring a claim under her underinsured motorist coverage.

12. Ms. Fiori seeks a judgment against State Farm for the full policy limits she purchased under her UM/UIM coverage in the amount of $100,000 per person.

COMPLAINT
Fiori v. State Farm
Case No. 3AN-13-     CI
Page 4 of 6

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

### III. DAMAGES

13. Plaintiff incorporates by reference the statements above.

14. As a direct and proximate result of the actions of the at fault party mentioned above, and any other negligence or violations of applicable ordinances, codes or statutes which may be brought out at trial the plaintiff has sustained damages which have resulted in or which may result in:

    (1) Past and future pain and suffering;

    (2) Past and future mental anguish;

    (3) Past and future medical expenses;

    (4) Past and future disfigurement and physical impairment;

    (5) Past and future lost wages;

    (6) Past and future inconvenience;

    (7) Lost time;

    (8) Impairment of earning capacity;

    (9) Loss of enjoyment of life and diminished ability to enjoy other physical pursuits;

    (10) Past and future non-economic losses.

WHEREFORE, Plaintiff prays for judgment as follow:

(a) Compensatory damages, the exact amount to be

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com

more specifically determined at trial;

(b) Medical and incidental expenses;

(c) Damages for pain and suffering and other damage items mentioned above;

(d) Costs of suit;

(e) Attorney's fees;

(f) Pre-judgment interest;

(g) Such other and further relief as the court deems just and proper.

DATED this 14 day of October, 2013.

SCHLEHOFER LAW OFFICES, P.C.
Attorneys for Plaintiff

By: _____
Frank J. Schlehofer
Alaska Bar No. 9011111

Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, Alaska 99504
Tel (907) 344-3434   Fax (907) 349-1687
frankj@schlawoffice.com
davidm@schlawoffice.com