Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAUREEN M. FIORI,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | Case No. 3:13-cv-00220-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Laureen M. Fiori and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, that all claims in the above-entitled action be

dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

                                        SCHLEHOFER LAW OFFICES, P.C.
                                        Attorney for Plaintiff

September 26, 2014         By:   s/Frank J. Schlehofer   (Consent)
     Date                                     Frank J. Schlehofer
                                              ABA No. 9011111
                                              Schlehofer Law Offices, P.C.
                                              2900 Boniface Parkway, Suite 200
                                              Anchorage, AK  99504
                                              Telephone No:  (907) 344-3434
                                              Facsimile No:  (907) 349-1687
                                              Email:  frankj@schlawoffice.com

                                        HUGHES GORSKI SEEDORF
                                        ODSEN & TERVOOREN, LLC,
                                        Attorneys for Defendant

September 26, 2014         By:   s/Kimberlee A. Colbo
     Date                                     Kimberlee A. Colbo
                                              ABA No. 9211072
                                              3900 C Street, Suite 1001
                                              Anchorage, AK  99503
                                              Telephone No:  (907) 274-7522
                                              Facsimile No:  (907) 263-8320
                                              Email: kcolbo@hglawfirm.net

326140

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 26th day of September, 2014 on:

Frank J. Schlehofer
Schlehofer Law Offices, P.C.
2900 Boniface Parkway, Suite 200
Anchorage, AK 99504

   s/Kimberlee A. Colbo

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX