IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LAUREEN M. FIORI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:13-cv-00220-TMB |

## ORDER DISMISSING CASE

This matter having come before the court on the stipulation of the parties; and the court being otherwise fully advised;

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED this 26th day of September, 2014.

　　　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE